# Exhibit 2

| US9095563B2 | CBD/CBG Muscle Frost Roll on Pain Relief Gel 1000/500mg ("Accused Product") |
|---|---|
| 11. A topical formulation consisting essentially of: | The accused product is a topical formulation (e.g., Fast acting pain relief gel).<br><br>As shown below the accused product is fast acting pain relief gel intended for topical application.<br><br><br><br>https://www.hemponix.com/product/cbd-cbg-arnica-muscle-frost-pain-roller/ |
| an extract of *Cannabis sativa* or *Canna* | The accused product consists of an extract of a Cannabis sativa or Cannabis indica (e.g., broad-spectrum Hemp plant). |

| *bis indica;* | As shown below, the accused product is pain-relief gel formulation which contain 1000mg of CBD derived from the broad-spectrum hemp plant. The Hemp is the common name for the Cannabis sativa. |



https://www.hemponix.com/product/cbd-cbg-arnica-muscle-frost-pain-roller/

**Written By:**

Hemponix

**Category:**

CBD

**Posted:**

September 4, 2024

**Updated:**

September 4, 2024

## Embracing Natural Relief

In our journey toward understanding how CBD might aid in managing Chronic Kidney Disease (CKD), it's essential to start by acknowledging the natural appeal of CBD. Originating from the hemp plant, CBD has garnered attention for its potential to offer relief without the significant side effects associated with some pharmaceuticals. Research suggests that CBD may help reduce inflammation and neuropathic pain, which are common complications in CKD patients. At Hemponix, we've observed how high-quality CBD products can play a role in a holistic health strategy, aligning with our commitment to natural, effective solutions. This interest in CBD's benefits naturally leads us to explore its specific impacts on CKD-related symptoms.

https://www.hemponix.com/does-cbd-help-with-chronic-kidney-disease-ckd/



https://npgsweb.ars-grin.gov/gringlobal/taxon/taxonomydetail?id=8862

| at least one component selected from the group consisting of capsaicin, benzocaine, lidocaine, camphor, | The accused product contains at least one compound selected from the group consisting of capsaicin, benzocaine, lidocaine, camphor, benzoin resin, methylsalicilate, triethanolamine salicylate, hydrocortisone, and salicylic acid, present in an amount of at least 0.1 wt % in the topical formulation.<br><br>As shown below accused product contain 4% lidocaine as an active ingredient which is more than 0.1 wt % in the topical formulation. |

| benzoin resin, methylsalicilate, triethanolamine salicylate, hydrocortisone, and salicylic acid, present in an amount of at least 0.1 wt % in the topical formulation, |  |
| --- | --- |
| | https://www.hemponix.com/product/cbd-cbg-arnica-muscle-frost-pain-roller/# |
| wherein the concentration of cannabidiol in the topical formulation is greater than 2 milligrams per kilogram in the topical formulation, | The accused product has concentration of cannabidiol in the topical formulation is greater than 2 milligrams per kilogram in the topical formulation.<br><br>As shown below accused product contain 1000 mg of cannabidiol (CBD) in which is greater than 2 milligrams per kilogram. (Total volume of formulation is 4oz) |



https://www.hemponix.com/product/cbd-cbg-arnica-muscle-frost-pain-roller/



https://www.hemponix.com/wp-content/uploads/2024/12/CBD-CBG-Muscle-Frost-Roll-on-Pain-Relief-Gel-1000-500mg.png



https://www.hemponix.com/product/cbd-cbg-arnica-muscle-frost-pain-roller/#

| | |
|---|---|
| said topical formulation obtained by dispersing the extract of *cannabis sativa* or *cannabis* indicia in a water-in-oil | The topical formulation is obtained by dispersing the extract of Cannabis sativa or Cannabis indica in a water-in-oil emulsion or an oil-in-water emulsion, a wax-in-oil base, or an oil-in-wax base |

emulsion, an oil-in-water emulsion, a wax-in-oil base, or an oil-in-wax base



https://www.hemponix.com/product/cbd-cbg-arnica-muscle-frost-pain-roller/



https://www.hemponix.com/wp-content/uploads/2024/12/CBD-CBG-Muscle-Frost-Roll-on-Pain-Relief-Gel-1000-500mg.png

|  | As shown below, the composition of the formulation contains oil as well as water and therefore it forms either water-in-oil emulsion or an oil-in-water emulsion.<br><br><br><br>https://www.hemponix.com/product/cbd-cbg-arnica-muscle-frost-pain-roller/# |
|---|---|
| consisting essentially of at least one component selected from the group consisting of capsaicin, benzocaine, | The accused product contains at least one compound selected from the group consisting of capsaicin, benzocaine, lidocaine, camphor, benzoin resin, methylsalicilate, triethanolamine salicylate, hydrocortisone, and salicylic acid.<br><br>As shown below accused product contain lidocaine and camphor ingredient in their product formulation. |

| | |
|---|---|
| lidocaine, camphor, benzoin resin, methylsalicilate, triethanolamine salicylate, hydrocortisone, and salicylic acid. | <br>https://www.hemponix.com/product/cbd-cbg-arnica-muscle-frost-pain-roller/# |